

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00302-CV

Ma Sofia **ALVARADO VEGA**,
Appellant

v.

**JULYES, LLC** d/b/a Garcias Bar & Grill, Albert Ramirez, Jr., Bryan Ramirez,
and Noelda Garcia,
Appellees

From the 81st/218th Judicial District Court, Frio County, Texas
Trial Court No. 23-08-00215CVF
Honorable Russell Wilson, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: November 12, 2025

DISMISSED

On November 4, 2025, the parties filed a joint motion to dismiss this appeal. The motion states that the parties have settled all matters in dispute and desire that this appeal be dismissed in its entirety, with each party to bear its own costs of appeal. Therefore, we grant the motion and dismiss this appeal, with each party bearing its own costs of appeal. *See* TEX. R. APP. P. 42.1(a)(1), (d).

PER CURIAM